[No. 40771-0-II.   Division Two.   March 13, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS WADE NEWSOME, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 09-1-00571-5, Nelson E. Hunt, J., entered May 21, 2010. *Reversed in part* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, A.C.J., and Armstrong, J.

[No. 40775-2-II.   Division Two.   March 13, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. TANYA RAE GARDNER, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 10-1-00034-7, S. Brooke Taylor, J., entered May 7, 2010. *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Van Deren and Worswick, JJ.

[No. 40845-7-II.   Division Two.   March 13, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK GOSSETT, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-1-02102-9, Richard C. Adamson, J. Pro Tem., entered June 10, 2010. *Affirmed in part* and *remanded* by unpublished opinion per Penoyar, C.J., concurred in by Van Deren and Worswick, JJ.

[No. 40911-9-II.   Division Two.   March 13, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID GLENN HOLCOMB, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-04702-4, Rosanne Buckner, J., entered June 28, 2010. *Reversed* and *remanded* by unpublished opinion per Worswick, A.C.J., concurred in by Van Deren and Johanson, JJ.